UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEISHA WRAGGS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:18 CV 1996 CDP |
| | ) |
| ENTERPRISE HOLDINGS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Plaintiffs filed this case in this Court on November 28, 2018, asserting that the Court had subject-matter jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332(a).  The complaint does not allege the citizenship of any of the plaintiffs, but instead alleges that they are all residents of Missouri.  It does not allege the citizenship of either defendant.

On December 21, 2018, defendants Enterprise Holdings, Inc. and Enterprise Leasing Company of STL, LLC filed a motion to dismiss for lack of subject matter jurisdiction.  The motion states that defendant Enterprise Holdings, Inc. is a Missouri corporation.  Plaintiffs have not responded to the motion and their time for doing so has passed.

As diversity jurisdiction has not been properly alleged and does not appear to exist in this case, and as plaintiffs have not responded or otherwise opposed defendants' request for dismissal,

**IT IS HEREBY ORDERED** that defendants' motion to dismiss for lack of subject-matter jurisdiction [4] is granted, and this case is dismissed without prejudice.

A separate order of dismissal is entered this date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of January, 2019.